UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CITIZENS STATE BANK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. |
| MICHAEL SCOTT LESLIE, MONTAGE MORTGAGE, LLC, SNOWBERRY SETTLEMENTS, LLC, MORTGAGE CAPITAL MANAGEMENT, LLC, TRAVELERS BOND AND SPECIALTY INSURANCE, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and THE TRAVELERS INDEMNITY COMPANY, | § § § § § § § § § § § § | 6:18-cv-237 |
| Defendants. | § | |

# EXHIBIT 2
# Citations Served on Travelers



## Notice of Service of Process

A3M / ALL
Transmittal Number: 18576074
Date Processed: 08/16/2018

| | |
|---|---|
| Primary Contact: | Pamela Beyer<br>The Travelers Companies, Inc.<br>385 Washington Street, 9275-LC12L<br>Saint Paul, MN 55102 |
| Entity: | Travelers Casualty and Surety Company<br>Entity ID Number 2317366 |
| Entity Served: | Travelers Bond and Specialty Insurance |
| Title of Action: | Citizens State Bank vs. Michael Scott Leslie |
| Document(s) Type: | Summons and Amended Complaint |
| Nature of Action: | Contract |
| Court/Agency: | McLennan County District Court, Texas |
| Case/Reference No: | 2017-4071-5 |
| Jurisdiction Served: | Texas |
| Date Served on CSC: | 08/15/2018 |
| Answer or Appearance Due: | 10:00 am Monday next following the expiration of 20 days after service |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Elizabeth M. Fraley<br>214-761-6460 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

RECEIVED
AUG 15 2018
@ 1:00 pm

**CITATION**

**THE STATE OF TEXAS**

PAPER# 14
SPECIAL DELIVERY

Cause No: 2017-4071-5

TO: TRAVELERS BOND AND SPECIALTY INSURANCE, AN INSURANCE COMPANY, DEFENDANT - BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY, 211 EAST 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701

**GREETINGS:**

YOU ARE HEREBY COMMANDED to appear before the Honorable District Court below, of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, and you are hereby served with a copy of Plaintiff's Discovery described below, to which you must file a written answer as required by law in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

**CITIZENS STATE BANK, A TEXAS STATE BANK**                                    Plaintiff
VS.
**MICHAEL SCOTT LESLIE, A NONRESIDENT NATURAL PERSON,
MONTAGE MORTGAGE, LLC, A TEXAS LIMITED LIABILITY COMPANY,
SNOWBERRY SETTLEMENTS, LLC, A FOREIGN, NONRESIDENT
COLORADO LIMITED LIABILITY COMPANY, MORTGAGE CAPITAL
MANAGEMENT, LLC, A FOREIGN, NONRESIDENT COLORADO LIMITED
LIABILITY COMPANY, TRAVELERS BOND AND SPECIALTY INSURANCE,
AN INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA, AN INSURANCE COMPANY, THE TRAVELERS INDEMNITY
COMPANY, AN INSURANCE COMPANY**                                               Defendants

Court: **414TH JUDICIAL DISTRICT**
Pleading: **PLAINTIFF'S THIRD AMENDED ORIGINAL PETITION**
Pleading File Date: **JULY 30, 2018**
Discovery Requests: **REQUEST FOR DISCLOSURE**
Cause No: **2017-4071-5**

*NOTICE*

*You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading and discovery, a default judgment may be taken against you.*

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE**, at Waco, McLennan County, Texas.
Issue Date: **AUGUST 14, 2018.**

ELIZABETH M. FRALEY
901 MAIN STREET
SUITE 6300
DALLAS, TEXAS 75202

CHRISTOPHER B. TROWBRIDGE
3232 MCKINNEY AVENUE
SUITE 1400
DALLAS, TEXAS 75204
Attorneys for Plaintiff

Jon R. Gimble, District Clerk
501 Washington Ave., Suite 300 Annex
Waco, McLennan County, Texas 76701
By: _____, Deputy
ASHLEY SNYDER

DELIVERED:
ON: 8/15/18
BY: _____
@: 1:45 am/pm



## Notice of Service of Process

null / ALL
Transmittal Number: 18573794
Date Processed: 08/15/2018

| | |
|---|---|
| Primary Contact: | Pamela Beyer<br>The Travelers Companies, Inc.<br>385 Washington Street, 9275-LC12L<br>Saint Paul, MN 55102 |
| Entity: | The Travelers Indemnity Company<br>Entity ID Number 2317465 |
| Entity Served: | The Travelers Indemnity Company |
| Title of Action: | Citizens State Bank vs. Michael Scott Leslie |
| Document(s) Type: | Summons and Amended Complaint |
| Nature of Action: | Contract |
| Court/Agency: | McLennan County District Court, Texas |
| Case/Reference No: | 2017-4071-5 |
| Jurisdiction Served: | Texas |
| Date Served on CSC: | 08/15/2018 |
| Answer or Appearance Due: | 10:00 am Monday next following the expiration of 20 days after service |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Elizabeth M. Fraley<br>214-761-6460 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

RECEIVED
AUG 15 2018
@ 1:00 pm

**CITATION**

PAPER# 16
SPECIAL DELIVERY

**THE STATE OF TEXAS**

Cause No: 2017-4071-5

TO: THE TRAVELERS INDEMNITY COMPANY, AN INSURANCE COMPANY, DEFENDANT - BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY, 211 EAST 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701

GREETINGS:

YOU ARE HEREBY COMMANDED to appear before the Honorable District Court below, of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, and you are hereby served with a copy of Plaintiff's Discovery described below, to which you must file a written answer as required by law in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

CITIZENS STATE BANK, A TEXAS STATE BANK                    Plaintiff
VS.
MICHAEL SCOTT LESLIE, A NONRESIDENT NATURAL PERSON,
MONTAGE MORTGAGE, LLC, A TEXAS LIMITED LIABILITY COMPANY,
SNOWBERRY SETTLEMENTS, LLC, A FOREIGN, NONRESIDENT
COLORADO LIMITED LIABILITY COMPANY, MORTGAGE CAPITAL
MANAGEMENT, LLC, A FOREIGN, NONRESIDENT COLORADO LIMITED
LIABILITY COMPANY, TRAVELERS BOND AND SPECIALTY INSURANCE,
AN INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA, AN INSURANCE COMPANY, THE TRAVELERS INDEMNITY
COMPANY, AN INSURANCE COMPANY                              Defendants

Court: **414TH JUDICIAL DISTRICT**
Pleading: **PLAINTIFF'S THIRD AMENDED ORIGINAL PETITION**
Pleading File Date: **JULY 30, 2018**
Discovery Requests: **REQUEST FOR DISCLOSURE**
Cause No: **2017-4071-5**

*NOTICE*

*You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading and discovery, a default judgment may be taken against you.*

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE**, at Waco, McLennan County, Texas.
Issue Date: **AUGUST 14, 2018.**

ELIZABETH M. FRALEY
901 MAIN STREET
SUITE 6300
DALLAS, TEXAS 75202

CHRISTOPHER B. TROWBRIDGE
3232 MCKINNEY AVENUE
SUITE 1400
DALLAS, TEXAS 75204
Attorneys for Plaintiff

Jon R. Gimble, District Clerk
501 Washington Ave., Suite 300 Annex
Waco, McLennan County, Texas 76701
By: _____, Deputy
ASHLEY SNIDER

DELIVERED:
ON: 8/15/18
BY: TE BSG 3012
@: 1:45 am/pm