UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CITIZENS STATE BANK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. |
| MICHAEL SCOTT LESLIE, MONTAGE MORTGAGE, LLC, SNOWBERRY SETTLEMENTS, LLC, MORTGAGE CAPITAL MANAGEMENT, LLC, TRAVELERS BOND AND SPECIALTY INSURANCE, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and THE TRAVELERS INDEMNITY COMPANY, | § § § § § § § § § § § § | 6:18-cv-237 |
| Defendants. | § | |

# EXHIBIT 3
# Agreed Judgments in Garnishment Action

FILED 2018 FEB -7 PM 1:40
JON R. GIMBLE
DISTRICT CLERK
MCLENNAN CO. TX.
DEPUTY

CAUSE NO. 2017-4078-5

| | | |
|---|---|---|
| CITIZENS STATE BANK, | § | IN THE DISTRICT COURT |
| Plaintiff/Garnishor, | § | |
| | § | |
| v. | § | |
| | § | |
| MICHAEL SCOTT LESLIE, MONTAGE MORTGAGE, LLC, SNOWBERRY SETTLEMENTS, LLC, and MORTGAGE CAPITAL MANAGEMENT, LLC, | § | |
| | § | |
| Defendants. | § | 414th JUDICIAL DISTRICT |
| | § | |
| v. | § | |
| | § | |
| WELLS FARGO, N.A., FROST BANK, U.S. BANK NATIONAL ASSOCIATION, and FMR CO., INC. d/b/a FIDELITY INVESTMENTS and d/b/a FMR LLC, | § | |
| | § | |
| Garnishees. | § | MCLENNAN COUNTY, TEXAS |

## AGREED JUDGMENT

Came on for consideration the above styled and numbered cause wherein Citizens State Bank ("Citizens") is the garnishor, Wells Fargo Bank, N.A. ("Wells Fargo") is a garnishee, and Michael Scott Leslie ("Leslie") is a defendant. Counsel for Citizens, Wells Fargo, and Leslie have reached an agreement that Citizens is entitled to judgment as described herein. Based on the pleadings and agreement of the parties hereto, the Court finds that: (a) Citizens filed an application for pre-judgment writ of garnishment against Leslie, Wells Fargo, and others in the above-captioned lawsuit based on an underlying debt of at least $3,872,745 owed by Defendants to Citizens; (b) that Wells Fargo is indebted to Leslie in the sum of at least $124,542.21 (the "Garnished Account"); (c) Wells Fargo is not indebted to Defendants Montage Mortgage, LLC, Snowberry Settlements, LLC, or Mortgage Capital Management, LLC; (d); and Wells Fargo is entitled to receive attorneys' fees

AGREED JUDGMENT                                                                                       PAGE 1

in the amount of $1,500 to be paid from the funds in the Garnished Account; and (e) judgment should be rendered for Citizens.

It is therefore,

ORDERED that Garnishee Wells Fargo N. A. shall, as soon as practicable after the entry of this Order, pay to Plaintiff/Garnishor Citizens State Bank the sum of $122,842.21 to be paid from Michael Scott Leslie's Garnished Account. It is further

ORDERED that Garnishee Wells Fargo N.A. shall receive attorneys' fees in the amount of $1,500.00, to be paid from the funds in Michael Scott Leslie's Garnished Account. It is further

ORDERED that upon payment of the sums herein awarded, Garnishee Wells Fargo N.A. will be discharged from this cause and that no execution or other process shall issue on this judgment. It is further

ORDERED that costs of court are taxed against Defendant Michael Scott Leslie to be satisfied out of the sums owed by Garnishee Wells Fargo N.A., such costs having been included in the amount of the Judgment set forth above. It is further

ORDERED that Garnishee Wells Fargo N.A. is hereby discharged of all liability to Michael Scott Leslie to the extent of the sums above ordered and is dismissed from this cause of action as of the date of this Order.

All relief not expressly granted herein is denied.

SIGNED this __5__ day of __Feb.__ 2018.

_____
JUDGE PRESIDING

AGREED JUDGMENT                                                                 PAGE 2

AGREED AS TO FORM AND SUBSTANCE:

BELL, NUNNALLY & MARTIN LLP

By: /s/ Kristopher D. Hill
    Kristopher D. Hill
    Texas Bar No. 24081199
    khill@bellnunnally.com

1400 One McKinney Plaza
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204-2429
Telephone: (214) 740-1400
Telecopier: (214) 740-1499

ATTORNEYS FOR GARNISHOR
CITIZENS STATE BANK

THOMPSON & KNIGHT LLP

By: /s/ Richard B. Roper
    Richard B. Roper
    Texas Bar No. 17233700
    Richard.Roper@tklaw.com

One Arts Plaza
1722 Routh Street, Ste. 1500
Dallas, Texas 75201
Telephone: (214) 969-1210
Telecopier: (214) 880-3357

ATTORNEYS FOR DEFENDANTS

PEARSON & PEARSON, LLP

By: /s/ James H. Pearson
    James H. Pearson
    Texas Bar No. 15091200
    Pearsonpc@aol.com

2900 Weslayan St., Ste. 580
Houston, Texas 77027
Telephone: (713) 739-8600
Facsimile: (713) 739-8341

ATTORNEY FOR GARNISHEE
WELLS FARGO BANK N.A.

CAUSE NO. 2017-4072-5

| | | |
|---|---|---|
| CITIZENS STATE BANK, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff/Garnishor, | § | |
| | § | |
| v. | § | |
| | § | |
| MICHAEL SCOTT LESLIE, MONTAGE MORTGAGE, LLC, SNOWBERRY SETTLEMENTS, LLC, and MORTGAGE CAPITAL MANAGEMENT, LLC, | § | |
| | § | |
| Defendants. | § | 414th JUDICIAL DISTRICT |
| | § | |
| v. | § | |
| | § | |
| WELLS FARGO, N.A., FROST BANK, U.S. BANK NATIONAL ASSOCIATION, and FMR CO., INC. d/b/a FIDELITY INVESTMENTS and d/b/a FMR LLC, | § | |
| | § | |
| Garnishees. | § | MCLENNAN COUNTY, TEXAS |

## AGREED JUDGMENT

Came on for consideration the above styled and numbered cause wherein Citizens State Bank ("Citizens") is the garnishor, U.S. Bank National Association ("U.S. Bank") is a garnishee, and Michael Scott Leslie ("Leslie") and Montage Mortgage, LLC ("Montage") are two of the defendants. Counsel for Citizens, U.S. Bank, Leslie and Montage have reached an agreement that Citizens is entitled to judgment as described herein. Based on the pleadings and agreement of the parties hereto, the Court finds that: (a) Citizens filed an application for pre-judgment writ of garnishment against Leslie, Montage, U.S. Bank, and others in the above-captioned lawsuit based on an underlying debt of at least $3,872,745 owed by Defendants to Citizens; (b) that U.S. Bank is indebted to Defendants Leslie and Montage in the sum of at least $8,564.05 (the "Garnished Account"); (c) U.S. Bank is not indebted to Defendants Snowberry

AGREED JUDGMENT                                                                                           PAGE 1

Settlements, LLC, or Mortgage Capital Management, LLC; and (d) judgment should be rendered for Citizens.

It is therefore,

**ORDERED** that Garnishee U.S. Bank National Association shall pay to Plaintiff/Garnishor Citizens State Bank the sum of $8,564.05 to be paid from Michael Scott Leslie's and Montage Mortgage, LLC's Garnished Accounts, plus any sums that have been deposited by Michael Scott Leslie and/or Montage Mortgage, LLC with U.S. Bank National Association since U.S. Bank National Association was served with the writ of garnishment issued by the Court in this cause. It is further

**ORDERED** that Garnishee U.S. Bank National Association is hereby discharged of all liability to Michael Scott Leslie and Montage Mortgage, LLC to the extent of the sums above ordered. It is further

**ORDERED** that upon payment of the sums herein awarded, Garnishee U.S. Bank National Association will be discharged from this cause and that no execution shall issue on this judgment. It is further

**ORDERED** that costs of court are taxed against Defendants Michael Scott Leslie and Montage Mortgage, LLC to be satisfied out of the sums owed by Garnishee U.S. Bank National Association, such costs having been included in the amount of the Judgment set forth above.

All relief not expressly granted herein is denied.

Signed this _22_ day of _Feb._ 2018.

_____
**JUDGE PRESIDING**

AGREED AS TO FORM AND SUBSTANCE:

BELL, NUNNALLY & MARTIN LLP                    U.S. BANK NATIONAL ASSOCIATION

By: /s/ Kristopher D. Hill                     By: _____
    Kristopher D. Hill
    Texas Bar No. 24081199
    khill@bellnunnally.com

1400 One McKinney Plaza                        PD-OR-C2GN
3232 McKinney Avenue, Suite 1400               P.O. Box 3086P
Dallas, Texas 75204-2429                       Portland, OR 97294
Telephone: (214) 740-1400                      Telephone: (877) 247-9468
Telecopier: (214) 740-1499                     Telecopier: (503) 401-1488

ATTORNEYS FOR GARNISHOR
CITIZENS STATE BANK


THOMPSON & KNIGHT LLP


By: /s/ Richard B. Roper
    Richard B. Roper
    Texas Bar No. 17255700
    Richard.Roper@tklaw.com

One Arts Plaza
1722 Routh Street, Ste. 1500
Dallas, Texas 75201
Telephone: (214) 969-1210
Telecopier: (214) 880-3357

ATTORNEYS FOR DEFENDANTS


AGREED JUDGMENT                                                          PAGE 2

CAUSE NO. 2017-4072-5

| | | |
|---|---|---|
| CITIZENS STATE BANK, | § | IN THE DISTRICT COURT |
| Plaintiff/Garnishor, | § | |
| v. | § | |
| MICHAEL SCOTT LESLIE, MONTAGE MORTGAGE, LLC, SNOWBERRY SETTLEMENTS, LLC, and MORTGAGE CAPITAL MANAGEMENT, LLC, | § | |
| Defendants. | § | 414th JUDICIAL DISTRICT |
| v. | § | |
| WELLS FARGO, N.A., FROST BANK, U.S. BANK NATIONAL ASSOCIATION, and FMR CO., INC. d/b/a FIDELITY INVESTMENTS and d/b/a FMR LLC, | § | |
| Garnishees. | § | MCLENNAN COUNTY, TEXAS |

FILED 2018 MAR 27 PH 3:07

## AGREED JUDGMENT

Came on for consideration the above styled and numbered cause wherein Citizens State Bank ("Citizens") is the garnishor, Frost Bank ("Frost") is a garnishee, and Montage Mortgage LLC ("Montage") is a defendant. Counsel for Citizens, Frost, and Montage have reached an agreement that Citizens is entitled to judgment as described herein. Based on the pleadings and agreement of the parties hereto, the Court finds that: (a) Citizens filed an application for pre-judgment writ of garnishment against Montage, Frost, and others in the above-captioned lawsuit based on an underlying debt of at least $3,872,745 owed by Defendants to Citizens; (b) that Frost is indebted to Defendant Montage in the sum of $34,682.95 (the "Garnished Account"); (c) Frost is not indebted to Defendants Michael Scott Leslie, Snowberry Settlements, LLC, or Mortgage Capital Management, LLC; (d) Frost is entitled to receive

attorneys' fees in the amount of $1,000.00 to be paid from the funds in the Garnished Account; and (e) judgment should be rendered for Citizens.

It is therefore,

**ORDERED** that Garnishee Frost Bank shall pay to Plaintiff/Garnishor Citizens State Bank the sum of $34,682.95 to be paid from Montage Mortgage, LLC's Garnished Account. It is further

**ORDERED** that Garnishee Frost Bank shall receive attorneys' fees in the amount of $1,000.00, to be paid from the funds in Montage Mortgage, LLC's Garnished Account. It is further

**ORDERED** that Garnishee Frost Bank is hereby discharged of all liability to Citizens State Bank and Montage Mortgage, LLC to the extent of the sums above ordered. It is further

**ORDERED** that upon payment of the sums herein awarded, Garnishee Frost Bank will be discharged from this cause and that no execution shall issue on this judgment. It is further

**ORDERED** that costs of court are taxed against Defendant Montage Mortgage, LLC to be satisfied out of the sums owed by Garnishee Frost Bank, such costs having been included in the amount of the Judgment set forth above.

All relief not expressly granted herein is denied.

Signed this 5th day of July, 2018.

_____
JUDGE PRESIDING

AGREED AS TO FORM AND SUBSTANCE:

| BELL NUNNALLY & MARTIN LLP | STRASBURGER & PRICE, LLP |
|---|---|
| By: /s/ Kristopher D. Hill<br>Kristopher D. Hill<br>Texas Bar No. 24081199<br>khill@bellnunnally.com | By: /s/ Andrew L. Kerr<br>Andrew L. Kerr<br>Texas Bar No.11339500<br>andy.kerr@strasburger.com |
| 1400 One McKinney Plaza<br>3232 McKinney Avenue, Suite 1400<br>Dallas, Texas 75204-2429<br>Telephone: (214) 740-1400<br>Telecopier: (214) 740-1499 | 2301 Broadway<br>San Antonio, Texas 78215<br>Telephone: (210) 250-6000<br>Facsimile: (210) 250-6100 |
| ATTORNEYS FOR GARNISHOR<br>CITIZENS STATE BANK | ATTORNEYS FOR GARNISHEE,<br>FROST BANK |

THOMPSON & KNIGHT LLP

By: /s/ Richard B. Roper
    Richard B. Roper
    Texas Bar No. 17233700
    Richard.Roper@tklaw.com

One Arts Plaza
1722 Routh Street, Ste. 1500
Dallas, Texas 75201
Telephone: (214) 969-1210
Telecopier: (214) 880-3357

ATTORNEYS FOR DEFENDANTS