UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CITIZENS STATE BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| MICHAEL SCOTT LESLIE, MONTAGE | § | 6:18-cv-237 |
| MORTGAGE, LLC, SNOWBERRY | § | |
| SETTLEMENTS, LLC, MORTGAGE | § | |
| CAPITAL MANAGEMENT, LLC, | § | |
| TRAVELERS BOND AND SPECIALTY | § | |
| INSURANCE, TRAVELERS CASUALTY | § | |
| AND SURETY COMPANY OF AMERICA, | § | |
| and THE TRAVELERS INDEMNITY | § | |
| COMPANY, | § | |
| | § | |
| Defendants. | § | |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS
## TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA
## AND THE TRAVELERS INDEMNITY COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants, Travelers Casualty and Surety Company of America and The Travelers Indemnity Company, file this Rule 7.1 Disclosure Statement and would respectfully show the Court as follows:

Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

The Travelers Indemnity Company is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100%

___

owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

Respectfully submitted,

*/s/ Michael Keeley*
MICHAEL KEELEY
Texas Bar No. 11157800
michael.keeley@clarkhillstrasburger.com
CARLA C. CRAPSTER
Texas Bar No. 24065094
Carla.craspter@clarkhillstrasburger.com
C. ADAM BRINKLEY
Texas Bar No. 24098954
adam.brinkley@clarkhillstrasburger.com
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, Texas 75202-3794
(214) 651-4300
(214) 651-4330 Fax

**ATTORNEYS FOR DEFENDANTS TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA AND THE TRAVELERS INDEMNITY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Disclosure Statement has been served on all counsel of record this the 17th day of August, 2018 via electronic mail.

*/s/ Michael Keeley*
Michael Keeley

RULE 7.1 DISCLOSURE STATEMENT                                             PAGE 2
4826-2072-2543.2/71021/0303/081718