UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CITIZENS STATE BANK, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. |
| MICHAEL SCOTT LESLIE, MONTAGE MORTGAGE, LLC, SNOWBERRY SETTLEMENTS, LLC, MORTGAGE CAPITAL MANAGEMENT, LLC, TRAVELERS BOND AND SPECIALTY INSURANCE, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and THE TRAVELERS INDEMNITY COMPANY | § § § § § § § § § § § § § | 6:18-cv-237 |
| Defendants. | § | |

## PLAINTIFF'S MOTION TO EXCEED BRIEFING PAGE LIMITATIONS AND MOTION FOR LEAVE TO FILE MOTION TO REMAND

Plaintiff, Citizens State Bank, files its Motion to Exceed Briefing Page Limits pursuant to the requirements of Local Rules CV-7 (d) (3) and CV-(b) and would respectfully request leave of court to file their Motion to Remand and Brief in Support thereof with this Court. The relief requested is necessary so Plaintiff may fully respond to Defendant, Travelers Indemnity & Surety Company of America and the Travelers Indemnity Company's Notice of Removal which was filed with this Court on August 17, 2018. The Defendants' Notice of Removal comprised 22 pages and totaled 173 with exhibits. Plaintiff requests that it be afforded leave to exceed the briefing limitations of this Court and file their Motion to Remand and Brief in Support thereof. Plaintiff's motion and brief are shorter than the Notice of Removal filed by Defendants. A copy of the Motion for Remand and Brief in Support thereof is attached hereto as Exhibit A. Counsel

for Defendant, Adam Brinkley, indicated he did not have authority to agree to this motion. He conferred with his client who would not agree to the relief as requested by Plaintiff. As such, the matter is presented to the Court for consideration.

WHEREFORE PREMISES CONSIDERED, Plaintiff, Citizens State Bank respectfully requests that this Court issue an order allowing Plaintiff to exceed the page limitations for briefing and grant leave of court to file the Motion for Remand and Brief in Support thereof and for any and all other relief to which this party may be entitled.

Respectfully submitted,

**BEARD, KULTGEN, BROPHY, BOSTWICK & DICKSON**
901 Main Street, Suite 6300
Dallas, Texas 75202
(214) 761-6460
(214) 761-6469 – Fax

By:/s/ *Elizabeth M. Fraley*
**ELIZABETH M. FRALEY**
State Bar No. 13180500
efraley@fraley-law.com
**RICK BROPHY**
State Bar No. 03082700
brophy@thetexasfirm.com

BELL NUNNALLY & MARTIN LLP
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204-2429
Telephone (214) 740-1400
Telecopy (214) 740-1499

By:/s/ *Christopher B. Trowbridge*
Christopher B. Trowbridge
Texas Bar No. 24008182
ctrowbridge@bellnunnally.com
Kristopher D. Hill
Texas Bar No. 24066674
khill@bellnunnally.com

**ATTORNEYS FOR PLAINTIFF**

CITIZENS STATE BANK

CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2018, I electronically filed the foregoing Motion to Exceed Briefing Page Limits with the Clerk of the Court using the e-file service which will send notification of such filing to all registered participants.

/s/ *Elizabeth M. Fraley*
Elizabeth M. Fraley

**VIA E-MAIL**
Michael Keeley
Carla C. Crapster
C. Adam Brinkley
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, Texas 75202-3794