UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CITIZENS STATE BANK, | § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. |
| MICHAEL SCOTT LESLIE, MONTAGE MORTGAGE, LLC, SNOWBERRY SETTLEMENTS, LLC, MORTGAGE CAPITAL MANAGEMENT, LLC, TRAVELERS BOND AND SPECIALTY INSURANCE, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and THE TRAVELERS INDEMNITY COMPANY | § § § § § § § § § § § § | 6:18-cv-237 |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED BRIEFING PAGE LIMITATIONS AND MOTION FOR LEAVE TO FILE <u>MOTION TO REMAND</u>

The Court having considered Plaintiff, Citizens State Bank, Motion to Exceed Briefing Page Limits is of the opinion that this motion should be granted. In light of the granting of this motion is also of the opinion that Plaintiff should be granted leave of court to file their Motion to Remand this action.

WHEREFORE IT IS ORDERED, that Plaintiff's motion to exceed page limitations is hereby granted and Plaintiff is granted leave of Court to file their Motion to Remand and Memoranda in support thereof.

SIGNED THIS \_\_\_\_\_ day of September, 2018

_____
U.S. District Judge